FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 07 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE ZYPREXA PRODUCTS LIABILITY
LITIGATION
------------------------------------------------------------------X

JUDGMENT
04-MD-1596 (JBW)

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 7, 2010, dismissing the cases, without prejudice, for failure to prosecute; ordering that the parties may move to reopen an individual case if appropriate; and directing that no costs or disbursements are awarded; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that cases are dismissed, without prejudice, for failure to prosecute; that the parties may move to reopen an individual case if appropriate; and that no costs or disbursements are awarded; and that it is further,

ORDERED and ADJUDGED that this judgment relates to the following cases:

Handland vs. Eli Lilly & Co., 04-cv-02316
Hall vs. Eli Lilly & Co., 04-cv-03524
Dye vs. Eli Lilly & Co., 04-cv-03532
Chavakula vs. Eli Lilly & Co., 04-cv-04073
Campbell vs. Eli Lilly & Co., 04-cv-05173
Banks vs. Eli Lilly & Co., 05-cv-02303
Small vs. Eli Lilly & Co., 05-cv-02793
Burgess vs. Eli Lilly & Co., 05-cv-02796
Anderson vs. Eli Lilly & Co., 05-cv-02809
Sires vs. Eli Lilly & Co., 05-cv-04024
Smith vs. Eli Lilly & Co., 05-cv-05059
Burton vs. Eli Lilly & Co., 05-cv- 05611
Holmes vs. Eli Lilly & Co., 06-cv-00456
Zluman vs. Eli Lilly & Co., 06-cv-00458
Nansteel vs. Eli Lilly & Co., 06-cv-00460
Taylor vs. Eli Lilly & Co., 06-cv-00878
Giles vs. Eli Lilly & Co., 06-cv-02335
Coyer vs. Eli Lilly & Co., 06-cv-02447
Bagby vs. Eli Lilly & Co., 06-cv-02448
Brooks vs. Eli Lilly & Co., 06-cv-02449
Adolthe vs. Eli Lilly & Co., 06-cv-02450
Alekna vs. Eli Lilly & Co., 06-cv-02451

JUDGMENT
04-MD- 1594 (JBW)

      Brumley vs. Eli Lilly & Co., 06-cv-02452
      Adamson vs. Eli Lilly & Co., 06-cv-02453
      Alley vs Eli Lilly & Co., 06-cv- 02454
      Holden vs. Janssen Pharmaceutica, L.P., 06-cv-02570
      Lidikay vs. Eli Lilly & Co., 06-cv-02781
      Kidd vs. Eli Lilly & Co., 06-cv-02786
      Hartshorne vs. Eli Lilly & Co., 06-cv-03459
      Russell vs. Eli Lilly & Co., 06-cv-03477
      Barnes vs. Eli Lilly & Co., 06-cv-03478
      Easterly vs. Eli Lilly & Co., 06-cv-04080
      Fuller vs. Eli Lilly & Co., 06-cv-04128
      Smith vs. Eli Lilly & Co., 06-cv-04147
      Meyer vs. Eli Lilly & Co., 06-cv-04489
      Robinson vs. AstraZeneca Pharmaceuticals, LP, 06-cv-04710
      Gantt vs. AstraZeneca Pharmaceuticals, LP, 06-cv-05143
      Depew vs. Eli Lilly & Co., 06-cv-05158
      Hill vs. Eli Lilly & Co., 06-cv-05160
      Philpott vs. Janssen Pharmaceutica, L.P., 06-cv-05219
      Collins vs. Janssen Pharmaceutica, L.P., 06-cv- 05221
      Burley vs. Janssen Pharmaceutica, L.P., 06-cv-05232
      West vs. Eli Lilly & Co., 06-cv-05238
      Eickhoff vs. Eli Lilly & Co., 06-cv-05289
      Dupain vs. Eli Lilly & Co., 06-cv-05292
      Bickel vs. Eli Lilly & Co., 06-cv-05637
      Wright vs. Woods, 06-cv-05815
      Norton et al vs. Eli Lilly & Co., 06-cv-06089
      Bissell vs. Eli Lilly & Co., 06-cv-06228
      Bailey vs. Eli Lilly & Co., 06-cv-06443
      Thomas vs. Eli Lilly & Co., 06-cv-06848
      Hayes vs. Eli Lilly & Co., 06-cv-06872
      Cook vs. Eli Lilly & Co., 07-cv-00109
      Young vs. Eli Lilly & Co., 07-cv-00110
      Louden vs. Eli Lilly & Co., 07-cv-01827
      Zambito vs. Eli Lilly & Co., 07-cv-02117
      Williams vs. Eli Lilly & Co., 07-cv-02160
      Bellamy vs. Eli Lilly & Co., 07-cv-02165
      Saunders vs. Eli Lilly & Co., 07-cv-02167
      Trybus vs. Eli Lilly & Co., 07-cv-02381
      Karcher vs. Eli Lilly & Co., 07-cv-02384
      Scavuzzo vs. Eli Lilly & Co., 07-cv-02681
      Bowman vs. Eli Lilly & Co., 07-cv- 03378
      Lynch vs. Eli Lilly & Co., 07-cv-03382
      Fike vs. Eli Lilly & Co., 07-cv-03383
      Owens vs. Eli Lilly & Co., 07-cv-03384
      Bruno vs. Eli Lilly & Co., 07-cv-3806
      Black vs. Eli Lilly & Co., 07-cv-03913

JUDGMENT
04-MD- 1596 (JBW)

      Deorr vs. Eli Lilly & Co., 07-cv-03915
      Arnold vs. Eli Lilly & Co., 08-cv-00200
      Anderson et al vs. Eli Lilly & Co., 08-cv-01942
      Davis et al vs. Eli Lilly & Co., 08-cv-01943
      Allen et al vs. Eli Lilly & Co., 08-cv-01944
      Benge et al vs. Eli Lilly & Co., 08-cv-1945
      Boelsen et al vs. Eli Lilly & Co., 08-cv-01946
      Monroe vs. Eli Lilly & Co., 08-cv-01949
      Durland et al vs. Eli Lilly & Co., 08-cv-01951
      Johnson vs. Eli Lilly & Co., 08-cv-01958

Dated: Brooklyn, New York
      June 07, 2010

                                            s/Robert C. Heinemann
                                            ROBERT C. HEINEMANN
                                            Clerk of Court